NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HAROLD MURVEIT**,
*Petitioner,*

**v.**

**INTERNAL REVENUE SERVICE,**
*Respondent.*

---

2012-3068

---

Petition for review of an arbitrator's decision by Laurence M. Evans.

---

**JUDGMENT**

---

JACOB HEYMAN-KANTOR, Assistant Counsel, National Treasury Employees Union, of Washington, DC, argued for petitioner. With him on the brief were GREGORY O'DUDEN, General Counsel, and JULIE M. WILSON, Associate General Counsel.

TARA H. HOGAN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and TODD M. HUGHES, Deputy Director and ALLISON KIDD MILLER, Senior Trial Counsel. Of counsel was ROBERT M. MIRKOV, Office of Chief Counsel, Internal Revenue Service, of Washington, DC.

---

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

PER CURIAM (NEWMAN, SCHALL, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 28, 2013      /s/ Jan Horbaly
Date                           Jan Horbaly
                                  Clerk